UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CHERYL JACKSON,<br><br>        Plaintiff,<br>  v.<br>PORTFOLIO RECOVERY ASSOCIATES,<br><br>        Defendant.<br>_____/ | No. C 10-00919 LB<br><br>**ORDER VACATING CMC AND DIRECTING PARTIES TO SHOW CAUSE FOR FAILURE TO FILE JOINT CMC STATEMENT** |

On March 3, 2010, Plaintiff Cheryl Jackson filed a complaint against Defendant Portfolio Recovery Associates, LLC (Dkt. #1). No Answer has been filed. The Case Management Conference (CMC) is set for June 10, 2010 (Dkt. #4). The parties' joint CMC statement was due on June 3, 2010. (Fed. R. Civ. P. 26(f); Civil L.R. 16-9; Dkt. #4-1 at 1.) To date, the parties have not filed the joint CMC statement.

Consequently, the Court **VACATES** the CMC scheduled for June 10, 2010. The parties are **ORDERED** to file separate statements showing cause as to why they failed to file a joint CMC statement. These statements are due by June 17, 2010. After reviewing the statements, the Court

///

C 10-00919
ORDER VACATING CMC AND DIRECTING PARTIES
TO SHOW CAUSE FOR FAILURE TO FILE JOINT CMC STATEMENT

1 | will determine whether further proceedings are warranted.

2 | **IT IS SO ORDERED.**

4 | Dated: June 4, 2010

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California