| | |
|---|---|
| 1 | LARA R. SHAPIRO (State Bar No. 227194) |
| 2 | 4145 Via Marina # 324<br>Marina del Rey, CA 90292 |
| 3 | Telephone:  (310) 577-0870 |
| 4 | Facsimile:  (424) 228-5351 |
| 5 | *Of Counsel to* |
| 6 | Lemberg & Associates LLC<br>A Connecticut Law Firm |
| 7 | 1100 Summer Street |
| 8 | Stamford, CT  06905<br>Telephone:  (203) 653-2250 |
| 9 | Facsimile:  (203) 653-3424 |
| 10 | Attorneys for Plaintiff, |
| 11 | Cheryl Jackson |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Jackson, | Case No.: 4:10-cv-00919-LB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The plaintiff anticipates filing a dismissal of this case with prejudice within 30 days. |

DATED:  JUNE 7, 2010                              LARA SHAPIRO


By:   /s/   *Lara R. Shapiro*
Lara R. Shapiro

Attorney for Plaintiff
Cheryl Jackson