UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

CHERYL JACKSON,

        Plaintiff,

  v.

PORTFOLIO RECOVERY ASSOCIATES,

        Defendant.
_____/

No. C 10-00919 LB

**ORDER VACATING ORDER TO SHOW CAUSE (DKT. #6) AND DIRECTING PLAINTIFF TO FILE DISMISSAL BY JULY 7, 2010**

      The Case Management Conference (CMC) in this case was set for June 10, 2010. (Dkt. #4.) The parties failed to file a joint CMC statement by June 3, 2010. As a result, on June 4, 2010, the Court vacated the CMC and ordered the parties to show cause for failure to timely file the joint CMC statement. (Dkt. #6.) On June 7, 2010, Plaintiff filed a Notice of Dismissal. (Dkt. # 7.) Accordingly, the Court **HEREBY VACATES** its order to Show Cause as to both parties (Dkt. #6). Consistent with Plaintiff's representation in her Notice of Dismissal, the Court **ORDERS** Plaintiff to

///

///

///

file a dismissal of this case with prejudice by July 7, 2010.

**IT IS SO ORDERED.**

Dated: June 7, 2010

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 10-00919
ORDER VACATING ORDER TO SHOW CAUSE (DKT. #6)
AND DIRECTING PLAINTIFF TO FILE DISMISSAL BY JULY 7, 2010

2